UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff        )<br>     v.                                )          Civil No.   05-98-P-S<br>                                        )<br>ROGER T. NELSEN,          )<br>                                        )<br>           Defendant       ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 42) filed March 22, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the Magistrate Judge's Findings of Fact (Docket No. 42) are ADOPTED and Defendant's Motion to Suppress (Docket No. 23) is DENIED.

   /s/ George Z. Singal
Chief United States District Judge

Dated this 11th day of April, 2006.